# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF UTAH

| | |
|---|---|
| RONALD MICHAEL WOODWARD,<br><br>Plaintiff,<br><br>v.<br><br>HOUSING AUTHORITY OF SALT LAKE CITY; and TAMMY BOSCH,,<br><br>Defendants. | ORDER ADOPTING & AFFIRMING REPORT & RECOMMENDATION<br><br>Case No. 2:17CV961DAK<br><br>Judge Dale A. Kimball |

      This case was assigned to United States District Court Judge Dale A. Kimball, who then referred it to United States Magistrate Judge Paul Warner under 28 U.S.C. § 636(b)(1)(B). On January 29, 2019, Magistrate Judge Warner issued a Report and Recommendation, recommending that the court dismiss this action without prejudice based on Plaintiff's failure to file an amended complaint curing the defects of his original Complaint.

      The Report and Recommendation notified Plaintiff that any objection to the Report and Recommendation was required to be filed within fourteen days of receiving it. As of the date of this Order, which is well past the time for filing objections, the court has not received any objections to the Report and Recommendation.

      The court has reviewed the case *de novo* and agrees with the analysis of the Report and Recommendation in its entirety. The court, therefore, adopts the Report and Recommendation as the Order of the court. Accordingly, this action is DISMISSED WITH PREJUDICE based on

Plaintiff's failure to file an amended complaint curing the defects of his original Complaint.

DATED this 27th day of February, 2019.

BY THE COURT:

_____
DALE A. KIMBALL
United States District Judge